# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Beat It |
| Line 3 | Writer(s) | Michael Joe Jackson |
| Line 4 | Publisher Plaintiff(s) | MJ Publishing Trust d/b/a Mijac Music |
| Line 5 | Date(s) of Registration | 11/16/82    12/27/82 |
| Line 6 | Registration No(s). | PAu 456-334    PA 158-771 |
| Line 7 | Date(s) of Infringement | 7/24/2010 |
| Line 8 | Place of Infringement | Seven The Steakhouse |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Billie Jean |
| Line 3 | Writer(s) | Michael Jackson |
| Line 4 | Publisher Plaintiff(s) | MJ Publishing Trust d/b/a Mijac Music |
| Line 5 | Date(s) of Registration | 12/27/82 |
| Line 6 | Registration No(s). | PA 158-772 |
| Line 7 | Date(s) of Infringement | 7/24/2010 |
| Line 8 | Place of Infringement | Seven The Steakhouse |

**EXHIBIT 1**
**1 of 3**

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | I Wanna Dance With Somebody Who Loves Me a/k/a Somebody Who Loves Me |
| Line 3 | Writer(s) | George Merrill; Shannon Rubicam |
| Line 4 | Publisher Plaintiff(s) | Rondor Music International, Inc. d/b/a Irving Music; Shannon Rubicam and George Robert Merrill, a partnership d/b/a Boy Meets Girl Music |
| Line 5 | Date(s) of Registration | 11/10/86   6/15/87<br>6/30/87 |
| Line 6 | Registration No(s). | PAu 901-755   PA 343-550<br>PAu 985-995 |
| Line 7 | Date(s) of Infringement | 7/24/2010 |
| Line 8 | Place of Infringement | Seven The Steakhouse |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Poison |
| Line 3 | Writer(s) | Elliot T. Straite |
| Line 4 | Publisher Plaintiff(s) | Hip City Music Inc.; Hiriam Hicks and Elliot Straite, a partnership d/b/a Hifrost Publishing |
| Line 5 | Date(s) of Registration | 8/14/89   3/19/90<br>6/7/90 |
| Line 6 | Registration No(s). | PAu 1-264-846   PAu 1-410-225<br>PA 475-115 |
| Line 7 | Date(s) of Infringement | 7/24/2010 |
| Line 8 | Place of Infringement | Seven The Steakhouse |

**EXHIBIT 1**
**2 of 3**

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Show Me Love |
| Line 3 | Writer(s) | Allen George; Fred Mc Farlane |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music, Inc.; Allen George and Fred Mc Farlane, a partnership d/b/a Song A Tron Music |
| Line 5 | Date(s) of Registration | 3/24/95 |
| Line 6 | Registration No(s). | PA 752-568 |
| Line 7 | Date(s) of Infringement | 7/24/2010 |
| Line 8 | Place of Infringement | Seven The Steakhouse |

**EXHIBIT 1**
**3 of 3**